# EXHIBIT A

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA

**CASE NO.:** 25-CA-4788
**DIVISION:** CIRCUIT CIVIL

**THE DOC APP, INC. d/b/a MY FLORIDA GREEN**,
a Florida corporation,

      **Plaintiff,**

v.

**LEAFWELL, INC.,**
a Delaware corporation,

      **Defendant.**

_____/

## VERIFIED COMPLAINT

### FOR INJUNCTIVE RELIEF AND DAMAGES

COMES NOW, Plaintiff, **The Doc App, Inc. d/b/a My Florida Green** (hereinafter "**My Florida Green**" or "**Plaintiff**"), by and through the undersigned counsel, sues **Leafwell, Inc.** ("**Leafwell**" or "**Defendant**") and alleges as follows:

1. **Nature of the Action.** This is an action to stop Defendant from engaging in an unlawful patient-brokering scheme in the Florida medical cannabis industry. Leafwell, together with certain cannabis dispensaries, has been offering "free" medical marijuana certifications to patients at pop-up events across Florida, using dispensary funding to subsidize physician fees. This conduct flagrantly violates Florida law – including the Patient Brokering Act, Fla. Stat. §817.505, and the prohibition on physician financial ties to dispensaries, Fla. Stat. §381.986(3)(b) – and it constitutes unfair and deceptive trade practices under Florida's Deceptive and Unfair Trade Practices Act ("FDUTPA"), Fla. Stat. §501.204 (**Ex. A; Ex. I**). Leafwell's scheme has caused, and will continue to cause,

irreparable harm to Plaintiff's business. Plaintiff seeks injunctive relief to immediately halt Defendant's unlawful practices, as well as damages and other relief for the harm caused.

2. **Parties.** Plaintiff The Doc App, Inc. is a Florida corporation with its principal place of business in Naples, Florida, doing business as My Florida Green. My Florida Green is a state-compliant provider of services connecting patients with qualified physicians for medical marijuana certifications in Florida. Plaintiff operates in accordance with all applicable Florida laws, charging patients standard consultation fees and strictly avoiding any financial entanglement with licensed Medical Marijuana Treatment Centers ("MMTCs" or dispensaries) (**Ex. B; Ex. C**).

3. **Defendant Leafwell, Inc.** is a Delaware corporation registered to do business in Florida (with a principal Florida office address of 9100 S. Dadeland Blvd., Suite 1701, Miami, FL 33156). Leafwell holds itself out as a telehealth platform and organizer of events for medical cannabis certifications. At all times material, Leafwell was conducting business in Florida, including organizing in-person "pop-up" clinic events for medical cannabis certifications in this State. Leafwell is subject to the jurisdiction of this Court by virtue of its transaction of business in Florida and its commission of unlawful acts in Florida (**Ex. A; Ex. J**).

4. **Jurisdiction and Venue.** This Court has subject matter jurisdiction pursuant to Fla. Stat. §26.012, as Plaintiff seeks injunctive and other equitable relief and the amount in controversy exceeds $50,000, exclusive of interest, costs, and attorneys' fees. All causes of action asserted herein arise under Florida statutory and common law, including but not limited to the above-cited provisions of Fla. Stat. §§381.986, 817.505, and 501.201–213.

This Court has personal jurisdiction over Defendant because Defendant transacts substantial business in Florida, purposefully avails itself of the privilege of conducting activities in Florida, and has committed the statutory and tortious acts complained of within this State. Venue is proper in Lee County, Florida under Fla. Stat. §47.051 (and §47.011), because Defendant has agents or representatives in Florida and a substantial part of the events giving rise to the claims occurred in this County. In particular, Leafwell organized and promoted at least one "free certification" event in Southwest Florida – an August 12–13, 2025 Leafwell pop-up clinic in Bonita Springs (Lee County) – as part of the unlawful scheme described herein. That event, and others like it, form a substantial portion of the wrongdoing alleged, and thus venue is proper in this Court.

5. **Florida Law Protecting Patients and Prohibiting Kickbacks.** Florida's medical marijuana laws and healthcare fraud statutes strictly prohibit the kind of kickback and physician-dispensary arrangements employed by Leafwell. Under Florida law, a doctor who certifies patients for medical marijuana may not have any direct or indirect economic interest in a medical marijuana treatment center (**Ex. B**). Likewise, it is unlawful for any person to pay or receive any commission, bonus, rebate, kickback, or engage in any split-fee arrangement in return for referring patients to or from a healthcare provider or facility. See Fla. Stat. §817.505. These provisions (Fla. Stat. §381.986(3)(b) and the Florida Patient Brokering Act) embody Florida's strong public policy against patient brokering and conflicts of interest in medical referrals. Any arrangement whereby a dispensary financially induces patient referrals – such as by subsidizing a patient's doctor visit – is expressly forbidden and punishable as a third-degree felony. In addition, FDUTPA broadly declares unlawful any unfair methods of competition or deceptive acts

in the conduct of any trade or commerce (Fla. Stat. §501.204). The practices described below offend these statutes and public policies.

6. **Leafwell's "Free Certification" Pop-Up Events.** Beginning in or around early 2025, Leafwell launched a series of in-person events across Florida offering "free" medical marijuana card certifications to patients. In a promotional article dated May 22, 2025 (**Exhibit A**), Leafwell boasts that "Thousands of patients across Florida have been certified for medical cannabis at Leafwell's new pop-up events in Orlando, Jacksonville, and Miami." Leafwell further announced that these pop-up clinic locations are "expanding, with Tampa, Fort Lauderdale, and other cities on the horizon" (**Ex. I**). At these events, patients receive their physician evaluations at no charge, with the physician's fee paid by a sponsoring dispensary. Leafwell openly advertises these "free medical card" clinics and partners with local licensed dispensaries, who appear on-site offering product promotions and discounts to the newly certified patients. For example, Leafwell has publicized that at its first Orlando pop-up event, over 450 patients were certified in a single day (**Ex. I; Ex. H**). Leafwell's promotional materials identify several dispensary collaborators – Curaleaf, Sunnyside, and Insa – which provided venue space and event-specific promotions to attract patients (**Ex. A; Ex. F; Ex. L**). In other words, Leafwell's events are co-hosted or sponsored by Florida MMTCs (dispensaries) that use the opportunity to market their products to the influx of newly certified patients. Such coordination between a medical service (the physician certification) and dispensary marketing is flatly prohibited under Florida law, as it creates precisely the kind of patient steering and financial entanglement that Florida's statutes were designed to prevent.

7. **Illicit Dispensary Sponsorship.** The certifications are "free" to patients only because Leafwell's participating dispensary partners pay the doctor's fee on the patient's behalf, expecting to recoup that expense in product sales. Leafwell's own marketing characterizes the program as partnering with dispensaries to **cover the cost** of the physician evaluation (**Ex. I**). In essence, the dispensaries foot the bill so that Leafwell's doctors can issue recommendations at no charge, and in return those dispensaries receive a steady stream of new customers (patients) directed to their locations or loyalty programs. This quid pro quo arrangement is a textbook example of unlawful patient brokering and kickbacks. It violates Fla. Stat. §817.505 (which forbids any form of remuneration for patient referrals) and Fla. Stat. §381.986(3)(b) (which forbids a certifying physician from having a financial relationship with an MMTC) (**Ex. B**). Leafwell's scheme flouts these laws by using dispensary money to indirectly compensate physicians for referrals and by tying the physicians' services to dispensary promotions. Such conduct is not only illegal, but it undermines the integrity of the physician's independent judgment and the level playing field intended in Florida's medical cannabis marketplace.

8. **Deceptive Marketing to Patients.** Leafwell's practices are also deceptive to patients and the public. By advertising and promoting "free" medical marijuana certifications without disclosing that the service is actually being paid for by a third-party dispensary, Leafwell conceals a material fact that would likely influence consumer decisions (**Ex. I; Ex. A**). Patients are led to believe they are simply receiving a cost-free medical service, when in reality a commercial sponsor with a sales interest is footing the bill – a fact that raises questions about the independence of the consultation. Leafwell's promotion falsely

implies that its certification evaluations are standard, independent medical consultations, when in reality they are "tied to commercial arrangements and marketing incentives" with dispensaries (**Ex. B**). This omission and misrepresentation of the nature of the service is likely to mislead consumers and is deceptive under FDUTPA. Moreover, by leveraging an unlawful kickback scheme, Leafwell is able to offer something (free doctor visits) that legitimate competitors like My Florida Green cannot offer without breaking the law. This gives Leafwell an artificial advantage and forces law-abiding providers to either lose business or consider violating the law to compete. Such conduct is "unfair" under FDUTPA because it offends established public policy (as set forth in Florida's patient protection laws) and "creates an unconscionable, anti-competitive advantage against lawful providers like My Florida Green, who comply with all certification and physician-independence requirements." (**Ex. B**). In sum, Leafwell's scheme meets both prongs of FDUTPA's prohibition: it is deceptive to consumers and unfair to both consumers and competing businesses.

9. **Widespread Collusion with Dispensaries.** Leafwell's actions involve collusion with multiple licensed dispensary operators to carry out the scheme. On information and belief, Leafwell has entered into agreements or understandings with various MMTC companies to sponsor or host these "free certification" events and to share in the resulting customer base. In Florida, Leafwell has partnered with prominent dispensary brands including (but not limited to) Curaleaf, Sunnyside, MÜV, Fluent, and Insa, among others, to execute this statewide program (see, e.g., **Exhibits E, F, G, L, and M**).

10. **Public Statement by Defendant.** Public postings by Leafwell and its partners demonstrate these collaborations – for instance, a Leafwell event in Fort Lauderdale was

co-hosted with Curaleaf (**Exhibit F**), and Leafwell promoted a formal partnership with dispensary MÜV to provide free certifications to MÜV's customers (**Exhibit E**). In addition, Plaintiff has reason to believe that dispensary partners **shared or released patient contact information** (such as email addresses) to Leafwell for use in marketing these events, or otherwise provided access to their customer lists. This belief is supported by direct marketing emails promoting Leafwell's "free card" events that came to Plaintiff's staff from **Sunnyside** and **Planet 13**, both of which explicitly invited patients to Leafwell-branded events (**Exhibit L; Exhibit M**). The fact that dispensary-branded email blasts promoted Leafwell's certification clinics indicates that patient data was leveraged by the dispensaries to advance Leafwell's scheme. By coordinating in this manner with dispensaries, Leafwell and its co-conspirators have formed a common enterprise to violate Florida's laws as described above. Each pop-up event that Leafwell conducts in tandem with a dispensary (whether in Orlando, Jacksonville, Miami, Fort Lauderdale, or Bonita Springs) is an overt act in furtherance of the unlawful arrangement.

11. **Harm to Plaintiff.** Plaintiff My Florida Green is one of Florida's leading providers of legal medical marijuana certification services. Plaintiff has an established network of qualified physicians and assists thousands of patients in obtaining their medical marijuana cards in full compliance with Florida law. Leafwell's unlawful "free certification" events have caused direct and substantial harm to Plaintiff's business. Existing and prospective patients of My Florida Green have been lured away by the allure of a "free" certification coupled with dispensary perks. For example, when Leafwell held its Orlando pop-up clinic where 450+ patients signed up in one day, many of those

individuals likely would have sought services from legitimate providers like My Florida Green if not for Leafwell's subsidized giveaway (Ex. I; Ex. H).

12. **Damage/Harm.** In the wake of Leafwell's events, Plaintiff has experienced a significant drop in new patient inquiries and sign-ups in the affected locales. Indeed, between February 1, 2025 and August 13, 2025 – the period corresponding to Leafwell's rollout of its free certification events – My Florida Green saw a net loss of 728 patients compared to the same period in the prior year (Ex. O). Plaintiff's revenues have correspondingly decreased by approximately 51% during the relevant period, which is directly attributable to patient diversion to Leafwell's subsidized program. Plaintiff has lost both existing patients (including long-term renewals) and new patients, some of whom explicitly indicated they chose Leafwell's "free" option over My Florida Green's paid services. Beyond the loss of specific customers, Leafwell's practices place Plaintiff in an impossible position: either continue to lose market share or attempt to match an illegal promotion (which Plaintiff will not do). Thus, Plaintiff faces a continuing competitive disadvantage that cannot be remedied simply by a later award of money damages – Leafwell is eroding Plaintiff's customer base and goodwill in a manner that, once done, is difficult to undo. Patients drawn away by the promise of "free" certifications may not return, and Plaintiff's reputation as a trusted, law-abiding service is tarnished by the false impression that others are offering the "same" service for free. In short, Leafwell's conduct is causing irreparable injury to Plaintiff's business, including loss of consumer relationships, loss of market opportunities, and the imposition of illicit competitive pressure that threatens Plaintiff's long-term viability.

13. **Pre-Suit Notice and Defendant's Refusal to Cease.** On August 4, 2025, Plaintiff (through counsel) sent Defendant a formal Cease-and-Desist Letter outlining the unlawful nature of Leafwell's operations and demanding an immediate halt to all such activities (Exhibit B). The letter expressly notified Leafwell that its "business practices within the State of Florida…violate multiple provisions of Florida law and have caused—and continue to cause—significant economic harm to My Florida Green," constituting "unlawful inducement, unfair competition, and deceptive trade practices." It cited the specific statutes Leafwell is violating and demanded that Leafwell "immediately cease all unlawful activity" – including discontinuing any dispensary-subsidized free certification programs and related advertising. Plaintiff also provided Leafwell a brief window (five business days) to confirm in writing that it would comply and to disclose details of its Florida operations, warning that otherwise litigation would ensue. Despite this notice, Defendant failed or refused to discontinue its conduct. Instead, Leafwell continued to organize and promote additional "free certification" events in Florida (including the planned Bonita Springs event in mid-August 2025), making clear that Defendant had no intention of voluntarily curtailing its illegal program.

14. **Composite Exhibit P – Verification** Pursuant to Fla. R. Civ. P. 1.110(b) and 1.610, Plaintiff verifies the allegations of this Complaint via the accompanying sworn Declaration of Nicholas Garulay, President and CEO of The Doc App, Inc., attached hereto as Exhibit C, which attests to the truth of the material facts and the irreparable harm described.

## COUNT I – Violation of Florida Deceptive and Unfair Trade Practices Act

*(Fla. Stat. §501.204)*

15. Plaintiff re-alleges and incorporates paragraphs 1 through 14 above as if fully set forth herein.

16. **Unlawful Acts.** The acts and practices of Defendant described above constitute unfair methods of competition and deceptive acts or practices in the conduct of trade or commerce, in violation of FDUTPA, Fla. Stat. §501.204(1). Defendant's conduct offends established public policy (as set forth in Florida's patient brokering and physician-independence statutes) and is immoral, unethical, oppressive, and unscrupulous – therefore "unfair" within the meaning of the statute. Additionally, Defendant's omissions and misrepresentations regarding its "free" services (failing to disclose the dispensary sponsorship and inducing patients with false pretenses of a no-cost medical consultation) are likely to mislead consumers acting reasonably and thus constitute "deception" under the statute.

17. **Consumer Injury.** Leafwell's unfair and deceptive practices have caused and are likely to cause substantial injury to consumers. Patients are being steered to particular dispensaries under the guise of a free medical service, without understanding the hidden financial arrangement. Such patients may receive subpar or conflicted medical advice, or be denied an independent choice of provider, as a result of Defendant's scheme. These injuries are not reasonably avoidable by consumers and are not outweighed by any benefits, especially since the conduct is illegal.

18. **Causation and Damages.** Plaintiff (a competitor business) is a "person" aggrieved by Defendant's unfair and deceptive acts and is within the class of parties the statute is intended to protect. Plaintiff has suffered actual damages in the form of lost revenues and profits from patients who were lost or diverted due to Defendant's practices, as well as ongoing injury to its business reputation and goodwill. These losses were directly caused by Defendant's FDUTPA violations and were foreseeable results of the scheme.

**WHEREFORE,** Plaintiff My Florida Green prays for judgment against Defendant Leafwell on **Count I**, including: (a) a declaratory judgment that Defendant's above-described conduct violates FDUTPA; (b) a permanent injunction enjoining Defendant from continuing the unlawful practices; (c) an award of **actual damages** (in an amount to be determined at trial) to compensate Plaintiff for the losses caused by Defendant's conduct; (d) an award of **attorneys' fees and costs** pursuant to Fla. Stat. §501.2105 (as the prevailing party in a FDUTPA action); and (e) such further relief as the Court deems just and proper.

### COUNT II – Tortious Interference with Business Relationships

19. Plaintiff re-alleges and incorporates paragraphs 1 through 14 above as if fully set forth herein.

20. **Existing Business Relationships.** Plaintiff has established business relationships with its existing patients and a clear expectancy of continued relationships with prospective new patients seeking medical marijuana certifications. These relationships and expectancies constitute valid economic interests and business relationships under Florida law.

21. **Defendant's Knowledge.** Defendant had knowledge of Plaintiff's business relationships and expectancies, or at minimum knowledge of facts that would lead it to know My

Florida Green has a substantial patient base and market presence that could be impacted. Given the nature of the medical cannabis industry, Leafwell knew or should have known that offering "free" certifications in Florida would interfere with other providers' relationships with patients (particularly those patients who otherwise would pay for renewal or new certifications).

22. **Intentional Interference.** Defendant, through the conduct described, intentionally and unjustifiably interfered with Plaintiff's business relationships. By luring current and potential patients away with unlawful inducements (free services funded by kickbacks), Defendant disrupted the continuity of Plaintiff's relationships. Leafwell's actions were intentional and targeted at the very pool of individuals who are or would become Plaintiff's customers, as evidenced by its statewide promotion of free services in competition with Plaintiff's paid services.

23. **Lack of Justification.** Defendant's interference was without justification or privilege. To the contrary, it was effected through illegal means (violations of statute and public policy) and for the purpose of gaining an unfair competitive edge. No legitimate business privilege excuses Defendant's inducement of patients to breach or abandon their relationships with Plaintiff, especially given the unlawful nature of the incentives offered.

24. **Damages.** As a direct and proximate result of Defendant's interference, Plaintiff has suffered and will continue to suffer significant damages, including lost revenues and profits from patients who would have utilized Plaintiff's services but for Defendant's interference, loss of business opportunities, and damage to Plaintiff's goodwill and

reputation. Plaintiff's damages continue to accrue so long as Defendant's interference remains ongoing.

**WHEREFORE,** Plaintiff My Florida Green demands judgment against Defendant Leafwell on **Count II** for **compensatory damages** in an amount to be proven at trial (including all lost profits and other monetary losses resulting from the tortious interference), **pre- and post-judgment interest** as allowed by law, and any other relief the Court deems just and proper. Plaintiff also seeks appropriate **injunctive relief** to prevent further interference with its business relationships (to the extent such relief is not already granted under other counts).

### COUNT III – Unjust Enrichment

25. Plaintiff re-alleges and incorporates paragraphs 1 through 14 above as if fully set forth herein.

26. **Benefit Conferred.** Through the conduct described, Defendant Leafwell has obtained significant benefits at Plaintiff's expense. These benefits include, inter alia: an increase in market share and customer base in Florida that Leafwell would not have achieved absent its unlawful "free certification" inducements; valuable consumer data and goodwill gained from the patients enrolled through the free events; and revenues or other commercial advantages flowing from its expanded patient network (e.g. referral fees or strengthened business relationships with MMTC partners).

27. **Plaintiff's Expense.** The benefits to Leafwell came directly at the expense of Plaintiff. Every patient that Leafwell "certified for free" at its events represents a lost paying customer that might have chosen Plaintiff's services in a fair marketplace. Leafwell's gain in customers and goodwill correlates with Plaintiff's loss of the same. Moreover,

Leafwell's unlawful scheme has forced Plaintiff to either lose business or incur costs to counteract the scheme, effectively imposing an unfair burden on Plaintiff's lawful business operations.

28. **Inequitable Retention.** It would be unjust and inequitable for Defendant to retain the benefits and enrichment derived from its illegal and anti-competitive conduct. Leafwell's gains were procured by violating the law and harming Plaintiff; equity demands that Defendant disgorge its ill-gotten benefits to prevent a wrongful profit at Plaintiff's expense. Defendant accepted and retained the fruits of its scheme under circumstances that make it inequitable to do so (since Plaintiff and other law-abiding competitors could not similarly benefit without breaking the law).

**WHEREFORE,** Plaintiff My Florida Green demands judgment for **unjust enrichment** against Defendant Leafwell, including an order of **disgorgement or restitution** requiring Defendant to surrender the benefits and profits it has unjustly obtained in connection with the conduct alleged, in an amount to be determined at trial. Plaintiff also seeks the imposition of a constructive trust or other equitable remedy on any funds or benefits traceable to the unjust enrichment, and such further relief as the Court deems just and proper.

### COUNT IV – Civil Conspiracy

29. Plaintiff re-alleges and incorporates paragraphs 1 through 14 above as if fully set forth herein.

30. **Combination of Two or More Persons.** At all material times, Defendant Leafwell combined, confederated, or agreed with one or more third parties (including, on information and belief, various MMTCs/dispensaries such as Curaleaf, Sunnyside, MÜV,

Fluent, Insa, and others) to act in concert to achieve an unlawful purpose or to achieve a purpose by unlawful means. Specifically, Leafwell and these entities mutually agreed to coordinate and execute the "free certification" scheme described herein, which violates multiple Florida statutes and public policies.

31. **Unlawful Acts/Overt Acts.** The object of the conspiracy – to provide medical certifications to patients for free by using dispensary payments, and thereby secure patient referrals to those dispensaries – was unlawful. Each "free certification" event that Leafwell carried out in partnership with a dispensary (for example, the Orlando, Jacksonville, Miami, and other pop-up clinics co-hosted with dispensary participation) was an overt act in furtherance of the conspiracy[20][21]. In addition, the planning, marketing, and financial arrangements between Leafwell and the dispensaries (such as agreements on covering physician fees or cross-promoting to patients) constitute overt acts committed in Florida to perpetrate the scheme.

32. **Knowledge and Intent.** Defendant and its co-conspirators shared a meeting of the minds and had actual knowledge of the scheme's unlawful nature. Leafwell actively sought out dispensary involvement knowing it violated patient-brokering laws, and the dispensaries knowingly participated to drive sales, despite the prohibitions on such arrangements. Each participant understood that the goal (steering patients through kickbacks) was illegal, yet agreed to participate for their own benefit. The conspirators thus possessed the joint intent to engage in the unlawful conduct and to accomplish their common goals irrespective of the legality.

33. **Damages.** As a direct and proximate result of the conspiracy, Plaintiff suffered damages including those losses described above (lost customers, revenue, and goodwill). Under conspiracy principles, each member of the conspiracy (including Leafwell) is jointly and severally liable for all damages resulting from the conspiracy's acts. The harm to Plaintiff was not only the foreseeable consequence of the conspiracy, but its very aim – i.e. to divert business from lawful competitors like My Florida Green and reap illicit profits.

34. **Independent Tort.** The acts committed pursuant to the conspiracy include independent torts and statutory violations (patient brokering, tortious interference, FDUTPA violations, etc.) that give rise to actionable claims, as alleged in the other counts. The conspiracy amplified and extended the impact of those unlawful acts, causing greater harm to Plaintiff through the concerted action of multiple wrongdoers.

**WHEREFORE,** Plaintiff My Florida Green requests that judgment be entered against Defendant Leafwell on **Count IV** for **civil conspiracy**. Plaintiff seeks an award of **compensatory damages** against Defendant (jointly and severally with all other participants in the conspiracy, as may be proved) to compensate for the harm caused by the conspiracy. Plaintiff also seeks an award of **punitive damages** to punish and deter the willful, malicious, and calculated wrongdoing inherent in this conspiracy, as allowed by law. In addition, Plaintiff requests any appropriate **equitable relief** (including injunctive relief) to disrupt the ongoing conspiracy and prevent further violations, and such other relief as this Court deems just and proper.

## COUNT V – Declaratory Judgment and Injunctive Relief

35. Plaintiff re-alleges and incorporates paragraphs 1 through 12 above as if fully set forth herein.

36. **Actual Controversy.** An actual, present, and justiciable controversy exists between the parties concerning the legality of Defendant's business practices and Plaintiff's entitlement to relief. Plaintiff contends that Defendant's conduct is unlawful under Florida law (as set forth herein) and is causing ongoing harm to Plaintiff and the public, while Defendant has continued its conduct, effectively denying any legal obligation to halt its program. A bona fide dispute thus exists requiring judicial resolution.

37. **Declaratory Relief.** Pursuant to Chapter 86, Florida Statutes, Plaintiff is entitled to a declaratory judgment to determine the parties' rights and status. Specifically, Plaintiff seeks a declaration that Defendant's above-described conduct (including offering free medical marijuana certifications subsidized by dispensaries, and accepting or providing any remuneration for patient referrals) is unlawful under Florida law – including violations of the Patient Brokering Act (§817.505), §381.986, and FDUTPA (§501.204) – and that Defendant has no legal right to continue such conduct. A declaratory decree on these issues will serve a useful purpose in clarifying and settling the legal relations in dispute, and will terminate the uncertainty and controversy giving rise to this proceeding.

38. **Injunctive Relief Needed.** Because Defendant's wrongful conduct is ongoing, Plaintiff also seeks immediate and permanent injunctive relief pursuant to Fla. Stat. §§501.211(1) and 86.061, and the Court's general equitable powers. As alleged above, Plaintiff has suffered and will continue to suffer irreparable harm absent injunctive relief, and Plaintiff

has no adequate remedy at law to fully protect its rights. The balancing of equities and public interest strongly favor injunctive relief to stop Defendant's unlawful scheme. An injunction will prevent a multiplicity of lawsuits and provide complete, prompt relief by prohibiting the offending practices now and in the future.

39. **Irreparable Harm and Inadequacy of Legal Remedy.** Plaintiff reiterates that it has no adequate remedy at law for the ongoing harm; money damages alone cannot fully protect Plaintiff from the loss of competitive standing, customers, and goodwill resulting from Defendant's continuing unlawful acts. Each additional Leafwell event causes new injury to Plaintiff that cannot be precisely quantified. Injunctive relief is necessary to prevent a multiplicity of actions and to bring about a clear, early resolution as to the parties' rights and obligations.

**WHEREFORE,** Plaintiff My Florida Green respectfully requests that this Court enter judgment in its favor on **Count V** and: (a) **declare** that Defendant's conduct, as described herein, is unlawful under Florida law as alleged (violating the cited statutes and public policy); (b) **temporarily, preliminarily, and permanently enjoin** Defendant (and its officers, agents, employees, and all persons acting in concert with it) from continuing the unlawful conduct, specifically including any offering of "free" or dispensary-subsidized medical marijuana certifications or any payment/receipt of remuneration for patient referrals in Florida; (c) retain jurisdiction to enforce the declaratory judgment and any injunction entered; and (d) award Plaintiff its reasonable **attorneys' fees and costs** incurred in obtaining injunctive relief (as provided by statute or applicable law, including FDUTPA's fee-shifting provision), together with any further relief the Court deems just and proper.

**DEMAND FOR JURY TRIAL:** Plaintiff demands a trial by jury on all issues so triable as a matter of right (***except those matters relating solely to equitable or injunctive relief***).

Dated: Sept 15, 2025.

Respectfully submitted,

*Jason Castro*    9/15/2025

Jason K. Castro, Esq. (FBN 118604)
**Law Office of Jason K. Castro, PLLC**
625 Quincy Ln., Wexford, PA 15090
Telephone: (718) 705-5540
Email: Jason@GoldenGateLegalCenter.com
(primary)
**Counsel for Plaintiff**
The Doc App, Inc. d/b/a My Florida Green

**VERIFICATION:** Pursuant to Fla. Stat. §92.525, the plaintiff declares under penalty of perjury that the factual allegations in this Verified Complaint are true and correct. (See Attached as **Exhibit P1, P2, P3**.)

Exhibit A

**Leafwell**
3,053 followers
2w

We recently launched a first-of-its-kind cannabis care Membership program!

A new standard in cannabis medicine has arrived. Leafwell's Membership program is designed to make cannabis care more accessible, affordable, and integrated into the healthcare system it belongs in.

Starting at just $9.99/month, Leafwell Members receive:

✔️ One-on-one access to cannabis-trained clinicians
✔️ Personalized care plans
✔️ Up to 30% off cannabis products at in-network dispensaries
✔️ 50% off medical card — new or renewal

We're partnering with employers, organizations, and benefits platforms to help make cannabis care part of holistic wellness offerings. Our organizational partners already include the **AMAC - Association of Mature American Citizens**, supporting 2M+ members, plus a growing number of in-network dispensary partners, including **Curaleaf**, FLUENT Cannabis, **Blue Oak Dispensary**, **The Cannabist Company**, and many more.

Whether you're an organization seeking to support your members with a trusted cannabis care benefit or a dispensary looking to expand your reach, Leafwell is here to partner with you.

Learn more and join the movement: **https://lnkd.in/gZV625wS**

**#EmployeeBenefits #HealthInnovation #CannabisWellness #MedicalCannabis #HolisticHealthBenefits #HealthInnovation #CannabisWellness #MedicalCannabis #HolisticHealth**



More **value** for patients.
More **engagement** for you.

Leafwell Membership now live
in NJ, NY, and FL.

Join our network of dispensaries!



Founder & CEO at Leafwell – We're hiring! 🚀
4mo

**#Florida** – FREE Medical Card with Leafwell 🌿

We believe cannabis is medicine—and no one should be priced out of care.
That's why I'm so proud to share that Leafwell is launching pop-up clinics across Florida, where everyone who registers and attends will receive a FREE medical card.

We're meeting people where they are—literally—and making it easier than ever to access safe, personalized cannabis care from licensed, cannabis-trained providers.

This initiative is about more than just access. It's about empowering patients with real options and normalizing cannabis as a legitimate part of healthcare

If you or someone you know is in Florida and could benefit, we'd love to see you there.

Let's keep breaking down barriers—together.
**#CannabisCare #CannabisIsMedicine #Leafwell #AccessMatters #Florida #HealthcareInnovation #PopUpClinic**

---



**Nikki Carter**
Startup-Savvy HR Executive | Building People Infrastructure in High-Growth & PE/VC-Backed Orgs | Global ...
4mo · Edited

🚨 FREE Medical Marijuana Card in Florida! 🚨

You heard that right, Florida residents - get your medical card at Leafwell's FREE pop-up clinics! 🌴 🌿 
Don't miss this opportunity to start your cannabis wellness journey—for FREE.

Click the link below to schedule your appointment today - spaces are limited!

💫 Leafwell April Event Series - Three Locations

📍 Jacksonville
📅 April 4–6
📌 Sheraton Jacksonville
10605 Deerwood Park Blvd, Jacksonville, FL 32256
🕐 Event Hours:
• Friday, April 4 | 3:00–8:00 PM
• Saturday, April 5 | 11:00 AM–8:00 PM
• Sunday, April 6 | 11:00 AM–8:00 PM

📍 Orlando
📅 April 8–9
📌 The Celeste Hotel
4105 North Alafaya Trail, Orlando, FL 32826
🕐 Event Hours:
• Tuesday, April 8 | 3:00–8:00 PM
• Wednesday, April 9 | 3:00–8:00 PM

You heard that right, Florida residents - get your medical card at Leafwell's FREE pop-up clinics! 🌴 🌿
Don't miss this opportunity to start your cannabis wellness journey—for FREE.

Click the link below to schedule your appointment today - spaces are limited!

🌟 Leafwell April Event Series - Three Locations

📍 Jacksonville
📅 April 4–6
🚀 Sheraton Jacksonville
10605 Deerwood Park Blvd, Jacksonville, FL 32256
🕐 Event Hours:
• Friday, April 4 | 3:00–8:00 PM
• Saturday, April 5 | 11:00 AM–8:00 PM
• Sunday, April 6 | 11:00 AM–8:00 PM

📍 Orlando
📅 April 8–9
🚀 The Celeste Hotel
4105 North Alafaya Trail, Orlando, FL 32826
🕐 Event Hours:
• Tuesday, April 8 | 3:00–8:00 PM
• Wednesday, April 9 | 3:00–8:00 PM

📍 Miami
📅 April 11–13
🚀 Tripping Animals Brewing Co.
2685 NW 105th Ave, Doral, FL 33172
🕐 Event Hours:
• Friday, April 11 | 3:00–8:00 PM
• Saturday, April 12 | 11:00 AM–8:00 PM
• Sunday, April 13 | 11:00 AM–8:00 PM

🤝 Thank you to our partners!
**Curaleaf** •**GrowHealthy** • **FLUENT Cannabis** • **Insa** • **MÜV** • **The Flowery** • **Marijuana Moment** •
**Marijuana Policy Project** • **Trulieve** • **Green Thumb Industries (GTI)** • **Leafly** • **Verano** • **iAnthus**

At Leafwell, we're on a mission to make medical cannabis more accessible through patient-first care.
These events are your chance to connect with trusted dispensaries, speak with professionals, and get
your medical marijuana card evaluation for FREE!

👉 Know someone in Florida who could benefit? Tag them and help us spread the word!

**#Leafwell #MedicalCannabis #FloridaCannabis #FreeMedicalCard #OrlandoEvents**
**#CannabisWellness #CannabisCommunity #NaturalMedicine #HolisticHealth #PatientCare**
**#CannabisEducation #GetCertified**



Startup-Savvy HR Executive | Building People Infrastructure in High-Growth & PE/VC-Backed Orgs | Global HR O...
6mo · Edited

🚑 FREE Florida Medical Marijuana Card! 🚑

Yes, you read that right—FREE! 🎉 Leafwell is making it easier than ever to access medical cannabis by covering the cost of your medical card evaluation for two days only in Orlando!

📍 Where? The Celeste Hotel, 4105 N Alafaya Trail, Orlando, FL 32826
📅 When?
🗓 February 21st – 3 PM - 8 PM EST
🗓 February 22nd – 11 AM - 8 PM EST
💭 Spots are LIMITED, so secure yours now! 💭
🔗 Book your appointment here - https://lnkd.in/gZXX694a

At Leafwell, we're leading the way in accessible, patient-first healthcare and ensuring more people get the wellness support they deserve. This is your chance to get your medical marijuana card for FREE and take control of your health with cannabis.

Know someone in Florida who could benefit? Tag them below and spread the word! 🔽

#Leafwell #CannabisMedicine #MedicalMarijuana #Orlando #FreeMedicalCard #PatientCare

Luke Macfarlan
Dr. June Chin
Emily Fisher
Billy Anthony
Claudiu Vladut Costan
Zay J.
Miguel Marinhas
Zach Levin
Ruth Lemon
Aquiles Gallardo
Aurélien Bouchet

# Trust in Cannabis.



Exhibit E

Explore more

DEALS

SHOP NOW

Book your spot today!

FREE*

Medical Marijuana Cards

REGISTER NOW

*State fees apply.

Fort Lauderdale
July 25 – 26

Bonita Springs
August 12 – 13

✳ leafwell  ✕  mÜV

PROMOTION RULES:

Offer valid July 22 from 9AM - 12PM while strains and supplies last. Must have valid recommendation to receive offer. May not be combined with other offers. We reserve the right to modify or cancel the promotion without notice. Excludes On The Rocks 1g Live Rosin All-In-One, Savvy 3.5g & 7g flower,  merchandise, & accessories.

MÜV REWARDS: Read all the program rules here.

 

Exhibit F

# FREE*
# Medical Cards

## July Events

**Fort Lauderdale**
Fri, July 25 & Sat, July 26



**\*State fees apply**

Certifications valid for 4 months and 20 days. After that, renew online for $99 with Leafwell.

        

Curaleaf Florida

Valid 7/11/25. Excludes Non-Stackable with everyday patient discount, While Supplies Last. Discounts subject to change or cancellation at management's discretion. Product variety, availability, and THC% may vary by location.

**State General Restrictions:**
State and local regulations will apply for the consumption and purchase of any product. Only one Standard patient discounts are stackable with store-wide promotions. Only one stackable standard discount may be applied per order. The transfer of medical marijuana to another person is illegal. Medical marijuana is not available to individuals under 18 unless it is by a registered caregiver. The packaging shown is for display only and may not be available in-store. Offers and promotions subject to change or cancellation at management's discretion. Additional exclusions may apply.



## MMJ Cards - Insa & Leafwell Team Up To Help FL Patients

insa.com/florida/blog/2025/04/10/orlando-weekly-mmj-insa-leafwell/

April 10, 2025



### MMJ may be the only way to get legal weed in the Sunshine State for the foreseeable future

Insa dispensary partners with Leafwell clinics to help patients get their medical marijuana cards

By Seth Kubersky on Wed, Apr 9, 2025 at 1:00 am

1/4



Last November's narrow defeat of Amendment 3 dashed cannabis fans' hopes of Florida establishing a market for recreational adult personal use, and the Legislature's efforts to inhibit further ballot initiatives and restrict hemp-derived intoxicants like Delta-9 means that a medical marijuana card may be your only way to get legal weed in the Sunshine State for the foreseeable future.

That fact has fueled a recent re-ignition of interest in Florida's MMJ program, and Leafwell clinic has partnered with Insa and other area dispensaries to fan those flames with a series of in-person events, offering free evaluations for medical cards (not counting the $75 state fee) for both lapsed patients and canna-curious newcomers.

2/4

I attended their first-ever pop-up clinic in Orlando at the Celeste Hotel near UCF — which is hosting another on Wednesday, April 9, from 3-8 p.m. — and conducted the following Q&A with Insa CEO/co-founder Pete Gallagher and Leafwell event partnership manager Corey Lyons, while nearly 400 attendees were getting approved for their gratis ganja recommendations (valid for four months and 20 days, natch).

**How did you enter the cannabis industry?**

**Gallagher:** Prior to this, I was in the investment management business. My childhood friend Pat Gottschlicht, we grew up together; he went a different path in life, much more entrepreneurial. We kept in touch over the years [and] at some point, we just got the idea it'd be fun to start a company together. I really didn't know much about cannabis, and didn't really even know it was an industry. In 2013 I'd read an article in the New York Times about the legalization of cannabis in Colorado, and we met a gentleman when we were on vacation together traveling [who] was from Denver.

… It turned out he owned a number of dispensaries in Colorado and a grow, and I spent the balance of the vacation just quizzing him about cannabis more out of a personal curiosity.

He was the one that informed us that it had just been legalized in Massachusetts, [and] that's what started the journey in this industry, with Pat and I. We founded the company officially in 2013; we started in Massachusetts, then expanded into Pennsylvania, then Florida, Connecticut and Ohio. Our footprint in Florida right now is about 10 stores in the North Central Florida region.

**What defines the Insa brand?**

**Gallagher:** We really just try to distinguish ourselves on quality. And it's really a craft product that we try to create. We put a lot of care and invest a lot into the products. It's a state of the art facility, indoor grow. We invest a lot in the processes to ensure that it's the highest quality coming out of there.

The packaging looks like a tuna fish can. We chose that because we think it best preserves the quality of the cannabis, and it really preserves the aroma, so when you peel back that can it really just hits you. It's important to infuse it with about 90 percent nitrogen, and that'll preserve the quality of the cannabis and the terpenes for about two years. There's a lot of care and investment that we put into the entire process to make sure that we deliver the highest quality products to patients and consumers.

**What's your favorite Insa product?**

**Gallagher:** I'm not a Florida resident, but I'm a patient in Massachusetts and a recreational consumer. I'm partial to flower, and I really like our edibles. Our chocolates are fantastic, and we've just come out with some new 1:1:1: [THC:CBD:CBN] sleep gummies, which are fantastic.

**How has the response been to Leafwell's free cannabis card clinics?**

**Lyons:** We had over 400 people registered for this pop-up, and what we saw today was really exciting. A lot of people brought their friends, they brought their family, they brought additional people to get in. We were able to fit most of our patients into the blocks that we had — if not, we scheduled them for an open block that we had later in the day, but everybody that came to us was seen by a doctor today or was waiting to be seen.

**What is the demographic of Orlando's cannabis patients?**

3/4

**Lyons:** The state of Florida's demographic skews usually above 50-55, but I think that's just really our state population. We've seen a large amount of young patients coming in from a college demographic. For us, we looked at our demographics for this event, and it skewed more than 50 percent under 50. So we're seeing a much younger [demographic], and then there was a large block of people 18 to 30.

I think with Amendment 3 not passing, more people are looking for legal ways to be a consumer, and it's very beneficial to the younger demographic.

**How is Insa moving past the failure of Amendment 3?**

**Gallagher:** We were an investor in Safe & Smart Florida, a much smaller investor than Trulieve, but obviously we felt it was important to support the initiative. Unfortunately, it didn't pass, but we have a robust medical market here, and hopefully there's another opportunity to legalize it in the future.

Sixty percent is a tall hurdle [and] there's a lot of misperceptions around cannabis, even still. I think it requires a lot of education. I think we've learned a lot as an industry, and if there's another opportunity, hopefully we can educate people on why it's important, and the value of adult-use cannabis.

**What's your position on legalizing home-grown cannabis?**

**Gallagher:** I personally don't have a problem with home grows, for hobbyists and whatnot that want to try it. It's a natural curiosity, and I support that. In Massachusetts and other recreational markets, the home grow exists and co-exists with the adult use market.

I think the new ballot language that came up is now allowing a home grow, so if that was the big sticking point for voters, hopefully if it gets that opportunity on the ballot in the future, it will pass. … Any initiative to legalize cannabis in Florida, we support.

*This article was originally published 4/9/2025 by Orlando Weekly.*

## Leafwell certifies thousands of Florida cannabis patients for free

🌿 **leafwell.com**/blog/free-certification-events-in-florida

# Trust in Cannabis.

Leafwell certifies
thousands of Florida
cannabis patients for free     leafwell

Thousands of patients across Florida have been certified for medical cannabis at Leafwell's new pop-up events in Orlando, Jacksonville, and Miami. And these pop-up locations are expanding, with Tampa, Fort Lauderdale, and other cities on the horizon.

## Why free certifications?

At a time when healthcare costs are skyrocketing and millions can't access affordable medicine, Leafwell is on a mission to make it easier and more affordable for patients to get natural, effective, plant-based treatment.

Medical marijuana is playing a growing role in pain management, anxiety relief, and the treatment of other conditions.

In Florida, individuals interested in using cannabis medicinally are required to speak with a doctor in person to get certified. These certifications can cost anywhere from $100 to $300, which prevents many patients from seeking care at all.

Leafwell is stepping in with a bold solution: free medical marijuana certifications at in-person pop-up events across Florida.

## About Leafwell's pop-up events

At these events, patients can get evaluated by cannabis-knowledgeable physicians and certified for free. After certification, individuals also have the opportunity to meet with friendly staff from leading local dispensaries, such as Curaleaf, Sunnyside, and Insa, who

1/2

provide event-specific promotions and discounts.

The experience is seamless for patients and enables dispensary partners to reach new customers and educate them about the best products and strains for their needs.

Check out highlights from our first pop-up event in Orlando, where over 450 patients were certified:

Find our upcoming Florida events here.

If you're interested in partnering with Leafwell at an in-person event or in another manner, visit this page.

## Get your medical marijuana card

Connect with a physician online or sign up for your in-person consultation.



Larger purchase limits



Access to higher potency strains



Save up to 40% on product taxes



Enhanced legal protection

2/2

eFiled Lee County Clerk of Courts Page 32

# Leafwell Launches First-of-its-Kind Cannabis Care Program, Offering Members Clinical Support and Exclusive Discounts at Dispensaries Nationwide

**PRN** **www.prnewswire.com/**news-releases/leafwell-launches-first-of-its-kind-cannabis-care-program-offering-members-clinical-support-and-exclusive-discounts-at-dispensaries-nationwide-302512259.html



*New Membership program treats cannabis like the healthcare it is; partnerships available for companies and organizations looking to offer cannabis as part of a holistic wellness benefits package*

NEW YORK, July 23, 2025 /PRNewswire/ -- Today, Leafwell, a mission-driven company harnessing cannabis as medicine to transform healthcare, announces the launch of the first clinically driven cannabis care program in the United States, a revolutionary solution that gives individuals access to clinical guidance, personalized care plans from knowledgeable providers, and up to 30% off cannabis products at over 700 dispensaries nationwide.

Continue Reading

Membership is now available starting at just $9.99 per month for individuals. Membership can also be accessed through Leafwell's employer and organizational partners. Current organizational partners include the Association of Mature American Citizens (AMAC) and its 2 million-member base made up of adults aged 50 and above.

"A survey of our members revealed that a significant portion are not only open to cannabis care, they're actively seeking safer, more natural alternatives to manage pain, sleep issues, and other common health concerns," said Kurt Meyer, Senior Vice President at AMAC. "We chose to partner with Leafwell because of their clinical rigor,

trusted medical team, and proven outcomes. This benefit gives our members access to high-quality, personalized care that fits their values and needs."



The benefits of a Leafwell Membership

Because medical cannabis is excluded from insurance coverage and traditional healthcare plans, Leafwell membership provides companies looking to offer comprehensive wellness benefits a way to cover cannabis care. This is a pivotal step towards improving access to medical cannabis. Leafwell's pilot programs with employers have achieved significant success with municipal workers and school district employees in Trenton, Orange, and Teaneck, New Jersey, as well as with insurance carriers, such as Meritain Aetna and Horizon Blue Cross Blue Shield.

By offering cannabis care as a benefit, employers and organizations can help their members overcome health challenges, become more engaged, and lead more active lives — all while reducing healthcare costs.

"This launch represents a paradigm shift in the cannabis industry and cannabis medicine as a whole," said Emily Fisher, CEO and Founder of Leafwell. "We're removing barriers and setting a new standard for cannabis care — where affordability, accessibility, and clinical excellence go hand-in-hand. By offering cannabis telehealth, personalized care and recommendations from experts, combined with more affordable product options, we have built a Hers for medical cannabis."

Leafwell has also partnered with a network of leading national dispensary chains, including Curaleaf, Fluent, iAnthus, and The Cannabist Company, as well as trusted independent retailers such as The Travel Agency and Gotham, making access to cannabinoid-based products seamless and affordable with exclusive Member discounts.

"At The Cannabist Company, we've long believed that cannabis belongs in the same conversation as other legitimate health and wellness tools. What Leafwell is accomplishing represents exactly the kind of systemic change we've been working toward for over a decade - where access, affordability, and education go hand-in-hand. We're proud to be part of a network that's helping normalize medical cannabis while building real bridges between cannabis and traditional healthcare systems. This is how real change happens," said Jesse Channon, President of Cannabist.

"This program marks another important milestone in establishing the regulated cannabis industry as a legitimate, trusted part of the U.S. health and wellness landscape. Together with Leafwell and its impressive network of dispensary partners, we are prioritizing

2/4

safety, transparency, and access for patients and customers across a broad audience. Through this new, innovative employee benefit program, we're proud to continue breaking down outdated stigmas and welcoming new patients and customers to our dispensaries in Massachusetts, New York, New Jersey, and Florida," said Boris Jordan, Chairman and CEO of Curaleaf.

With plans to expand to more employer and organizational networks, Leafwell is leading a national effort to bring cannabis care into the fold of mainstream healthcare — redefining how companies and organizations support the health and well-being of their people, and ultimately paving the way for cannabis care to be covered by insurance with broader systemic integration.

**About Leafwell**
Leafwell is a virtual clinic specializing in cannabis-based care. Through telemedicine, we connect patients with licensed clinicians to develop personalized cannabis treatment plans backed by science and supported by ongoing care. Our Members gain access to exclusive discounts at over 700 partner dispensaries nationwide. Leafwell's mission is to unlock the full potential of cannabis as an evidence-based medicine and expand safe, informed access for millions of Americans.

**Media Contact**
[email protected]

SOURCE Leafwell

## WANT YOUR COMPANY'S NEWS FEATURED ON PRNEWSWIRE.COM?

440k+
Newsrooms &
Influencers

9k+
Digital Media
Outlets

3/4

270k+
Journalists
Opted In

GET STARTED

# Leafwell's Partner Program Drives Over $27 Million in Revenue for Dispensary Partners

**PRN** **www.prnewswire.com/**news-releases/leafwells-partner-program-drives-over-27-million-in-revenue-for-dispensary-partners-301808916.html



MIAMI, April 27, 2023 /PRNewswire/ -- Leafwell, a leader in the medical cannabis industry, announces its innovative Partner Program has assisted over 15,000 patients in obtaining medical cannabis certifications, generating more than $27 million in revenue for partner dispensaries at no cost to them.

This exciting milestone comes when the cannabis industry faces multiple economic challenges, making the success of this unique endeavor all the more significant.

[Continue Reading](#)

Leafwell's Partner Program has generated more than $27 million in revenue for partner dispensaries at no cost to them.

[Post this](#)

While many publicly traded cannabis multi-state organizations have struggled to produce net profits [amid post-COVID-19 price compression](#), inflation, and regulatory concerns, the Leafwell Partner Program offers dispensaries a transparent way to increase revenue without hidden fees others charge — or any fees at all.

The Leafwell Partner Program, available to dispensaries in states where medical cannabis legislation is in place, is designed to cultivate a robust relationship between Leafwell and its partners. In addition to its direct financial benefits, the program fosters a sense of community among its partners through collaborative promotions, marketing initiatives, and information sharing.

The result is an all-encompassing support system for patients and dispensaries that prioritizes accessibility, efficacy, and ethical business practices.

Emily Fisher, Founder and CEO of Leafwell, explains how the company meets the needs of a rapidly evolving and unpredictable industry without leaving any partner behind.

"The uncertain nature of the cannabis market has taken a toll on businesses," says Fisher. "We recognized that companies needed creative solutions to face their challenges without imposing additional financial strain. This set us on the path to developing a solution that aids cannabis companies in maximizing their revenue potential while keeping their operational costs in check."

As the cannabis industry continues to navigate shifting economic landscapes, Leafwell remains committed to its mission of promoting the safe, responsible use of medical cannabis by providing quality telehealth services and supporting partners toward a more prosperous future.

To learn more about the Leafwell Partner Program and how it drives successful outcomes for cannabis businesses with its no-cost marketing services, please visit: https://leafwell.com/partner-with-leafwell/.

**About Leafwell:**

Leafwell is a leader in the medical cannabis industry, providing patients and dispensaries with a comprehensive suite of telehealth services focused on education, certification, and ongoing support. With a deep commitment to the safe, responsible use of medical cannabis, Leafwell harnesses the power of cutting-edge technology, expert consultation, and a network of trusted partnerships to empower patients and dispensaries alike.

Leafwell does not perform licensed medical practice, nor does it receive compensation on a per-patient basis. Leafwell's technology and management platform does not raise Corporate Practice of Medicine Doctrine (CPOM) regulatory concerns that the healthcare providers' healthcare decisions will be driven or influenced by the desire to generate profit rather than the care of patients, nor that nonlicensed individuals or companies will be able to control medical practices and limit provider freedom and earning capacity.

**Press Contact:**
Meagan Morris
Director of Content

2/3

[email protected]
(531) 208-8488

SOURCE Leafwell

## WANT YOUR COMPANY'S NEWS FEATURED ON PRNEWSWIRE.COM?

440k+
Newsrooms &
Influencers

9k+
Digital Media
Outlets

270k+
Journalists
Opted In

GET STARTED

---------- Forwarded message ---------
From: **Sunnyside*** <noreply@sunnyside.shop>
Date: Thu, Jul 31, 2025 at 9:00 AM
Subject: 🍃 Want a FREE Medical Marijuana Card? 😊 NEW event in Bonita Springs.
To: <ana@myfloridagreen.com>



**Exhibit L**



**Free* Medical Marijuana Cards**

You can **get certified for free** with Leafwell!

Meet with a doctor and get a Florida medical marijuana card **for free** at Leafwell's upcoming event.

**Exhibit M**

---------- Forwarded message ----------
From: **Planet 13** <florida@planet13.com>
Date: Tue, Apr 8, 2025 at 12:24 PM
Subject: Orlando: Get Your Med Card (or Renew It) for FREE!
To: ana@myfloridagreen.com <ana@myfloridagreen.com>



## New York cannabis doctors challenge Leafwell and Curaleaf's marketing tactics

**S.** **www.syracuse.com**/marijuana/2023/11/new-york-cannabis-doctors-challenge-leafwell-and-curaleafs-marketing-tactics.html

November 20, 2023

1. Marijuana

Published: Nov. 20, 2023, 7:30 a.m.



Jo Anne Zito, a board member of the he Coalition for Medical Marijuana, blames the lobbying efforts of multi-state operators for the state's hold up on home grow legislation.

- 
- 
- 

By

Sean Teehan | steehan@syracuse.com

Medical cannabis became Dr. Lynn Parodneck's professional focus in 2016, not long after seeing how the plant helped treat her husband's Parkinson's Disease symptoms.

But in 2022, Parodneck, a Bedford-based doctor who previously ran a private obstetrics and gynecology practice in Manhattan, noticed some of her cannabis patients dropping off when it was time to recertify with her. A few told her they received a mailer from Leafwell offering recertification telehealth appointments for $99.

"Once a month they blast these things – "renew cheap and easy" – which is pretty disgusting," Parodneck said.

1/5

Cannabis telemedicine company Leafwell, in partnership with medical cannabis company Curaleaf – and possibly other medical operators in New York – have been emailing medical cannabis patients who have subscribed to mailing lists with offers of lower-cost telehealth certifications, both companies acknowledged to NY Cannabis Insider. Both companies said they only send these mailers to patients who actively opt in to their list.

However, the partnership between the two companies appears to violate medical cannabis regulations.

According to rules for medical cannabis businesses, "No marketing or advertising of medical cannabis products shall:... cooperate, directly or indirectly, in any advertising if such advertising has the purpose or effect of steering or influencing patient or caregiver choice with regard to the selection of a practitioner."

When NY Cannabis Insider asked the Office of Cannabis Management if the mailers advertising discounted certifications violate regulations, a spokesperson didn't say whether this specific activity breaks the rules.

"Any registered organization found to have violated medical regulations will be subject to applicable penalties," OCM spokesperson Aaron Ghitelman said in an email response. "As with all reports of potential misconduct, the Office of Cannabis Management reviews any and all allegations and if warranted, conducts an investigation and makes a determination based on Cannabis Law and regulations."

Parodneck and others also say that the certification method is detrimental to patients, in addition to diminishing their medical practices.

Leafwell's telehealth model incentivizes quick consultations with patients who may not get all the information they need about issues like prescription drug interactions or which marijuana products are better for different situations and ailments.

Meanwhile, a patient advocate says that while telehealth poaching can harm some patients, it can be a lifeline for others.

"I think there's plenty of us who are able to self-manage and can educate ourselves enough, but there's definitely some patients who do need a little bit more of an active hand in their care," said Tim Mitchell, a medical cannabis patient and advocate. "It's those more vulnerable patients who would be the ones to suffer."

New York State's medical cannabis program requires patients to get certified by a registered medical practitioner who may prescribe marijuana for various qualifying conditions. Patients must recertify at least once per year to remain on the medical program.

Parodneck approaches her medical cannabis practice in a community-focused manner, she said. Rather than simply writing prescriptions for weed, she also refers them to groups that can help them cope with health conditions. Under her guidance, some of her female patients living with multiple sclerosis formed a group which regularly meets for lunch, and whose members make themselves available to others for support when their symptoms are acute.

"People have these diseases … and they don't know who to talk to," Parodneck said.

She spends at least an hour on each initial patient consultation, because it's important to understand all the issues a patient is dealing with, and whether there are non-cannabis therapies that can supplement their weed prescription, Parodneck said. She gives individualized recommendations for products based on factors like lifestyle and other prescriptions.

That, she said, is a major reason for why she became concerned when she heard about the Leafwell/Curaleaf emails. Emails Parodneck provided to NY Cannabis Insider show that when she reached out to Curaleaf, an employee speaking on behalf of CEO Matt Darin told her the Leafwell promotion was a standard practice, legal in every state in which they operate.

When Parodneck reached out to Leafwell, CEO Emily Fisher offered her a job. Fisher sent Parodneck an independent contractor agreement, so that she could start doing patient certifications for Leafwell. Parodneck declined.

"She said you can do like 25-30 certifications per day … for between $25 and $45 per head," Parodneck said. "I spend an hour with each patient in consult, my renewals are half an hour – my practice is not a paper mill."

In an email response to questions from NY Cannabis Insider, Leafwell said they conduct consultations with a patient-centric approach. The company partnered with Curaleaf in an effort to "enhance the affordability and accessibility of medical cannabis treatments."

Leafwell said that while some patients may require a brief session to renew their certifications, "others may benefit from a full 20-minute appointment to discuss their specific treatment, ask additional questions, and discuss health outcomes." Patients may schedule post-consultation services, and have the option to reconnect with specific practitioners, Leafwell said.

The company added that Leafwell's partnership with Curaleaf and discounted consultation promotion "adheres strictly to state laws and regulations regarding medical cannabis certifications and advertising."

Curaleaf echoed that the practice is legal, and pointed out that sending information about Leafwell to patients who have signed up for their email list does nothing to force patients to leave their current healthcare provider.

3/5

"As with any affiliate marketing offering, patients always have the option to stay with their current provider or to seek Leafwell's network of doctors and telehealth services," Curaleaf said.

But a 20-minute session is below the level of service many patients need, said Dr. Ken Weinberg, Chief Medical Officer of Cannabis Doctors of New York, who practices in Manhattan. It's important to spend at least 45 minutes for an initial consultation, and around 30 minutes for renewals, in order to make sure the doctor understands all the issues affecting the patient, Weinberg said.

Weinberg said he has elderly patients for whom certain strains and delivery methods (i.e. vaping versus smoking versus edibles, etc.), can cause adverse reactions like heart palpitations and dizziness, which could cause a life-threatening fall.

"I would not feel comfortable having just a 10- to 15-minute conversation, especially with an initial patient. It's really doing them a great disservice," Weinberg said. "It's a very serious medicine, and you need time to interact with a patient."

Mitchell, the medical cannabis advocate, agrees that brief consultations aren't enough for many patients, and they can be less than ideal even for patients who are well versed in cannabis. Mitchell has received his certifications through a telemedicine provider for years, and about half of the calls lasted less than a minute, he said.

"It wasn't like they came on the line and asked me how I felt about my medical cannabis use," Mitchell said. "There was no effort to try and see what my comfort level was or if I needed some kind of help."

That became a problem when Mitchell began using a high-CBD product without realizing that CBD reduces the efficacy of an antidepressant he was taking at the time. He eventually realized and discontinued using the product.

On the other hand, telemedicine options can help people become certified patients when their primary care physicians act as barriers to cannabis, Mitchell said. He certifies via telemedicine, because his primary care physician has declined to certify him, despite the fact that, he said, cannabis helped him reduce his intake of pharmaceuticals by about 2,000 pills per year.

The closest Mitchell's doctor came to certifying him for medical cannabis was a referral to an expensive clinic, which requires patients to recertify every three to six months – charging for each appointment.

"That was kind of a big disincentive to me, because I'm not willing to pay more when I'm pretty much able to self-manage."

Mitchell added that many patients who are elderly, new to cannabis or who take prescription medications likely need more attention than telehealth options generally provide.

4/5

Although Curaleaf and Leafwell say their email promotion is designed to offer affordable medical cannabis certification options, Parodneck and Weinberg see it as a cynical exercise that offers patients a lower standard of care than their current doctors provide.

"I'm playing by the rules, and then they're taking my patients away," Parodneck said. "What they're doing is unethical."

If you purchase a product or register for an account through a link on our site, we may receive compensation. By using this site, you consent to our <u>User Agreement</u> and agree that your clicks, interactions, and personal information may be collected, recorded, and/or stored by us and social media and other third-party partners in accordance with our <u>Privacy Policy.</u>

5/5

Exhibit O

## Memorandum: Patient Loss & Leafwell Event Impact Summary

**Prepared for**: Jason K Castro
**Prepared by**: Chad Taylor
**Date**: 8/25/25

### I. Patient Attrition Summary (February–August 2025)

Between **February 1, 2025** and **August 13, 2025**, My Florida Green experienced a total net loss of **728 patients** compared to the same period in the prior year. These figures are segmented below to reflect the impact on both long-term and new patient categories:

- **Renewal Patient Loss**:
  A total of **444 renewal patients** did not return in 2025 compared to the same period in 2024.
  Notably, this subset includes several long-term patients with **7–8 years of renewal history** prior to departure.

- **New Patient Loss**:
  A total of **284 fewer new patients** were onboarded compared to the same timeframe in 2024.

*These changes correlate closely with the launch and expansion of Leafwell's statewide certification events, which began in early 2025.*

### II. Known Leafwell Pop-Up Events (Florida)

The earliest documented Leafwell pop-up certification event in Florida occurred in **February 2025**, with recurring events throughout the state since that time. The events typically promote "free certifications" in coordination with on-site dispensary discounts and promotions.

*A full spreadsheet is attached outlining each known event, including city, date, venue, and citation link to the original public post:*

| City | Dates | Location | Source/Citation |
|------|-------|----------|-----------------|
| **Orlando** | Feb 21-22, 2025 | Celeste Hotel, Orlando, FL 32826 | [Leafwell LinkedIn Post](#) |
| **Jacksonville** | Apr 4-6, 2025 | Sheraton Hotel, Jacksonville, FL | [Leafwell LinkedIn Post](#) |
| **Orlando** | Apr 8–9, 2025 | Celeste Hotel, Orlando, FL 32826 | [Leafwell LinkedIn Post](#) |
| **Miami** | Apr 11-13, 2025 | Tripping Animals Brewing Co. | [Leafwell LinkedIn Post](#) |

| | | | |
|---|---|---|---|
| **Jacksonville** | Jun 6–7, 2025 | Sheraton Hotel, Jacksonville, FL | Reddit pop-up schedule Reddit |
| **Ocala** | Jun 10–11, 2025 | Hilton, 3600 SW 36th Ave, Ocala, FL 34474 | Reddit schedule Reddit |
| **Tampa** | Jun 20–21, 2025 | Epicurean Hotel, Tampa, FL | Reddit schedule Reddit |
| **Orlando** | Jul 1–2, 2025 | HI Orlando East, 1724 N Alafaya Trail | Reddit summer schedule Reddit |
| **Jacksonville** | Jul 8–9, 2025 | Sheraton Hotel, Jacksonville, FL | Reddit event confirmation Reddit+1 |
| **Jacksonville** | Jul 10-11, 2025 | Hilton, 3600 SW 36th Ave, Ocala, FL 34474 | Reddit pop-up schedule Reddit |
| **Fort Lauderdale** | Jul 25–26, 2025 | Hilton Garden Inn, Ft. Lauderdale Airport | Facebook Event |
| **Tampa** | Aug 1–2, 2025 | Epicurean Hotel, Tampa, FL | Reddit schedule Reddit+1 |
| **Jacksonville** | Aug 5–6, 2025 | Sheraton Hotel, Jacksonville, FL | Reddit schedule Reddit+1 |
| **Bonita Springs** | Aug 12–13, 2025 | TBA (Postponed) | Facebook Post (Leafwell page, July 21, 2025) |
| **Tallahassee** | Sept 12-13, 2025 | 316 W. Tennessee St. Tallahassee, FL 32301-1322 | Facebook Event |
| **Tampa** | Sept 16 | Epicurean Hotel, Tampa, FL | Facebook Event |

**Composite Exhibit P**

Index to **Composite Exhibit P: (as attached)**

1. Affidavit Of Plaintiff; Nicholas Garulay, as President and CEO - **Exhibit P-1**

2. Plaintiff Certification Pursuant to Rule 1.610; Affidavit of Irreparable Harm- **Exhibit P-2**

3. Certification Of Counsel Regarding Notice; Attorney Certification Pursuant to Rule 1.610 – **Exhibit P-3**

Exhibit P-1

(  )

# AFFIDAVIT OF NICHOLAS GARULAY

**STATE OF FLORIDA**

**COUNTY OF** _Collier_

BEFORE ME, the undersigned authority, personally appeared **Nicholas Garulay**, who being duly sworn, deposes and states as follows:

1. **Position and Authority.** I am the President and Chief Executive Officer of The Doc App, Inc. d/b/a My Florida Green ("Plaintiff"). I am over eighteen years of age, am competent to testify, and I make this affidavit based on my personal knowledge.

2. **Plaintiff's Business.** Plaintiff is a Florida corporation headquartered in Naples, Florida. Plaintiff lawfully provides services connecting patients with qualified physicians for medical marijuana certifications, in compliance with all applicable Florida statutes and regulations. Plaintiff charges patients customary fees for these services and maintains strict independence from Medical Marijuana Treatment Centers ("MMTCs" or dispensaries).

3. **Leafwell's Conduct.** Beginning in or around early 2025, I became aware that Defendant Leafwell, Inc. began organizing and advertising "free medical marijuana certification" events in Florida, in partnership with certain MMTCs including Curaleaf Sunnyside and Insa. At these events, patients receive physician certifications at no cost, with the physician services effectively subsidized by dispensary sponsorship. Leafwell has

publicly reported that thousands of patients have been certified through these events, including over 450 patients at one Orlando event.

4. **Impact on Plaintiff's Business.** Since Defendant began these "free certification" events, the following adverse effects have occurred to Plaintiff:

    a. Plaintiff has experienced a measurable decline in patient inquiries and new sign-ups.

    b. Plaintiff's revenues have decreased by approximately _51_ % during the relevant period, which I attribute to patient diversion to Leafwell's subsidized program.

    c. Plaintiff has lost both existing and prospective patients who stated or implied that they chose Leafwell's "free" option over Plaintiff's lawful, fee-based services.

    d. Plaintiff's goodwill and competitive position in the Florida medical cannabis certification market have been substantially harmed.

5. **Irreparable Harm.** The harm to Plaintiff cannot be fully compensated by money damages alone. Lost patients, loss of goodwill, and erosion of Plaintiff's reputation and competitive standing are injuries that are difficult, if not impossible, to quantify after the fact. Each additional Leafwell event compounds these injuries.

6. **Need for Immediate Relief.** Unless Leafwell is immediately enjoined from continuing its unlawful "free certification" program, Plaintiff will continue to suffer irreparable harm, including the ongoing diversion of patients, revenue losses, and disruption of its business operations. Swift injunctive relief is necessary to prevent further damage.

**FURTHER AFFIANT SAYETH NAUGHT.**

Nicholas Garulay
President & Chief Executive Officer
The Doc App, Inc. d/b/a My Florida Green

Sworn to and subscribed before me this _____ day of _____, 2025, by Nicholas Garulay, who is

personally known to me ☐ or who has produced _____ as identification.

CC-40-623-77-402 0

CESAR A. GONZALEZ
Notary Public - State of Florida
Commission # HH 285119
My Comm. Expires Aug 20, 2026
Bonded through National Notary Assn.

Notary Public, State of Florida
(Print Name: Cesar A. Gonzalez)
My Commission Expires: Aug 20 - 2026

( ▐███████████ )

## IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
## IN AND FOR LEE COUNTY, FLORIDA

**CASE NO.:** TBD
**DIVISION:** CIRCUIT CIVIL

**THE DOC APP, INC. d/b/a MY FLORIDA GREEN,**
a Florida corporation,

      **Plaintiff,**

v.

**LEAFWELL, INC.,**
a Delaware corporation,

      **Defendant.**

_____/

### ATTORNEY CERTIFICATION PURSUANT TO RULE 1.610

### CERTIFICATION OF COUNSEL REGARDING NOTICE

COMES NOW, Pursuant to Florida Rule of Civil Procedure 1.610(a)(1)(A)–(B), undersigned counsel hereby certifies the following in connection with Plaintiff's Emergency Motion for Temporary Injunction:

1. On August 4, 2025, Plaintiff (through counsel) sent Defendant Leafwell, Inc. a detailed **Cease-and-Desist Letter** (attached as Exhibit B to the Verified Complaint) demanding that Defendant immediately cease its unlawful "free certification" program and notifying Defendant of the specific Florida laws and regulations being violated.

2. Despite having received this written notice, Defendant failed to discontinue the challenged conduct and, on the contrary, has continued to advertise and promote additional "free certification" events in Florida after August 4, 2025.

Sworn to and subscribed before me this 02ⁿᵈ day of Jpt, 2025, by Nicholas Garulay, who

is personally known to me ☐ or who has produced DL# as identification.

G64P-623 77- 4020

CESAR A. GONZALEZ
Notary Public - State of Florida
Commission # HH 285119
My Comm. Expires Aug 20, 2026
Bonded through National Notary Assn.

Notary Public, State of Florida
(Print Name: Cesar ) A. Gonzaby
My Commission Expires: Aug, 20-2026

Exhibit P-3

( ▮▮▮▮▮▮▮ )

## AFFIDAVIT OF IRREPARABLE HARM

**STATE OF FLORIDA**

**COUNTY OF** *Collier*

BEFORE ME, the undersigned authority, personally appeared Nicholas Garulay, who being duly sworn, deposes and states as follows:

1. My name is Nicholas Garulay. I am the President and Chief Executive Officer of The Doc App, Inc. d/b/a My Florida Green.

2. Plaintiff has suffered and continues to suffer **irreparable harm** from Defendant Leafwell's "free certification" events. Plaintiff has lost patients and revenue; its goodwill and reputation have been harmed; and its competitive position in the Florida market is being eroded by Defendant's conduct.

3. These harms **cannot be adequately remedied by money damages** alone, as they involve the loss of relationships, goodwill, and marketplace standing that are not readily quantifiable.

4. Each additional Leafwell event compounds this injury. Unless Defendant is immediately enjoined, Plaintiff will continue to suffer irreparable harm.

**FURTHER AFFIANT SAYETH NAUGHT.**

Nicholas Garulay
President & Chief Executive Officer
The Doc App, Inc. d/b/a My Florida Green