# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA FORT MYERS DIVISION

The Doc App, Inc. d/b/a My Florida Green,
a Florida corporation

       *Plaintiff,*

v.

Leafwell, Inc.,
a Delaware corporation,

       *Defendant.*

Case No.: 2:25-CV-838

## DECLARATION OF JODY ARENAS STAFFORD IN SUPPORT OF DEFENDANT LEAFWELL, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

I, Jody Arenas Stafford, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set forth in this Declaration is based on my personal knowledge and I could and would competently testify thereto if called upon to do so.

2. I submit this Declaration on behalf of Defendant, Leafwell, Inc., in support of its Response in Opposition to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, to which my Declaration is attached.

3. I am counsel of record for Leafwell in the above-captioned action.

1

4. A true and correct copy of Plaintiff's cease and desist letter addressed to Leafwell's Executive Management, dated August 4, 2025, is attached hereto as Exhibit 1 (the "Letter").

5. A true and correct copy of the envelope containing the Letter is stamped and dated August 22, 2025, and is attached hereto as Exhibit 2.

6. Undersigned counsel is not aware of any effort made by Plaintiff to attempt service of process on Leafwell in *The Doc App, Inc. d/b/a My Florida Green v. Leafwell, Inc.*, Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida, Case No. 25-CA004788 (the "State Action").

7. Undersigned counsel is not aware of any effort made by Plaintiff to attempt to serve Leafwell with the *ex parte* motion Plaintiff filed in the State Action.

8. On September 25, 2025, undersigned counsel emailed Plaintiff's counsel of record, Jason Castro, Esq., to introduce herself and discuss this action.

9. Mr. Castro responded the same day, seeking to confer regarding Plaintiff's "forthcoming emergency motion for injunction and temporary protective order." Mr. Castro further asked, *inter alia*, whether Leafwell was willing to voluntarily suspend its "free certification" events in Florida pending this Court's ruling on Plaintiff's requested temporary restraining order (TRO) and preliminary injunction.

10. Undersigned counsel responded that evening, suggesting a call the following week given health issues among Leafwell's executive leadership.

11. Mr. Castro never reverted to schedule that call.

12. Upon request, undersigned counsel can provide email correspondence between herself and Mr. Castro in support of paragraphs 8–11 herein.

13. Instead, one week later, on October 2, 2025, Mr. Castro wrote that Plaintiff would be filing its Motion for a TRO and Preliminary Injunction in this Court by October 3, 2025. *Id.*

14. Plaintiff then waited until October 14, 2025, to file its Motion for a TRO and Preliminary Injunction.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of October, 2025.

_____
Jody Arenas Stafford, Esq.