# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

The Doc App, Inc. d/b/a My Florida Green,
a Florida corporation

    *Plaintiff*,    Case No.: 2:25-CV-838

v.

Leafwell, Inc.,
a Delaware corporation,

    *Defendant*.

## DECLARATION OF JODY ARENAS STAFFORD IN SUPPORT OF DEFENDANT LEAFWELL, INC.'S MOTION FOR SANCTIONS AGAINST PLAINTIFF

I, Jody Arenas Stafford, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set forth in this Declaration is based on my personal knowledge and I could and would competently testify thereto if called upon to do so.

2. I submit this Declaration on behalf of Defendant, Leafwell, Inc., in support of its Motion for Sanctions Against Plaintiff, to which my Declaration is attached.

3. I am counsel of record for Leafwell in the above-captioned action.

4. A true and correct copy of the parties' email correspondence regarding conferral on Leafwell's Motion for Sanctions, dated October 28, 2025-October 30, 2025, is attached hereto as **Exhibit 1**.

5. A true and correct copy of the parties' email correspondence regarding MFG's conferral on its "amended motion" for temporary injunction, dated October 30, 2025, is attached hereto as **Exhibit 2**.

6. I declare under penalty of perjury that the foregoing is true and correct. Executed 6th day of November, 2025.

*/s/ Jody A. Stafford*

Jody Arenas Stafford, Esq.