# EXHIBIT 2

# Stafford, Jody A.

| | |
|---|---|
| **From:** | Jason Castro, Esq <Jason@goldengatelegalcenter.com> |
| **Sent:** | Thursday, October 30, 2025 1:05 PM |
| **To:** | Stafford, Jody A.; Bergin, Kevin; Lewis, Paul |
| **Cc:** | N. Grifoni |
| **Subject:** | Draft Amended Motion for Temporary Injunction — Conferral, Declarations, and Authorities (via link) |
| **Attachments:** | Amended_TRO_Motion_Styled_With_Exhibits.pdf |

## ⚠ EXTERNAL MESSAGE

Jody, Kevin, and Paul,

Attached is Plaintiff's **draft Amended Motion for Temporary Injunction**. For your convenience, **complete PDFs of every cited case** are collected here: [Amended M for TPO Authorities.zip]. Sending them by link was necessary as the files are too large for email. Please note, the **relevant holdings are highlighted** in each PDF.

Also attached are the **draft declarations of The Doc App, Inc.'s President/CEO and the company accountant**, with supporting documents. We are in the process of obtaining signatures now; executed versions will replace the drafts upon filing.

This email serves as my conferral prior to filing. **Unless the issues identified in the motion are resolved, I will file by close of business on Friday, October 31, 2025 (4:00 p.m. ET).**

Immediate actions requested:

- **Cease the relationships identified in the motion**, effective immediately.

- Provide written confirmation that you have done so and will refrain from conduct that contravenes the relief sought.

For your own education: **you cannot "confer" on a motion that hasn't been written.** That is why I've attached my draft here. **In the future, when you seek to confer with me on a motion, include your draft** so the conferral is meaningful and tied to actual text.

Finally, **in my professional judgment, the present record makes clear your client is operating unlawfully**; the motion lays this out in detail with controlling authority and evidentiary support. If you disagree, put your position in writing today so we can address it before filing.

If you have trouble accessing the link, notify me and I will provide alternate access immediately.

Respectfully,

Jason K. Castro, Esq.

Fla Bar.: 118604

_____

## LAW OFFICE OF JASON K CASTRO

Email: jason@GoldenGateLegalCenter.com
Service Email: CastroLaw.Service@Gmail.com

Mobile: (718)702-5540


_____

THIS ELECTRONIC MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE ADDRESSEE(S) AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU ARE NOT AN INTENDED RECIPIENT, OR THE EMPLOYEE /AGENT RESPONSIBLE FOR DELIVERING THIS E-MAIL TO THE RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS PROHIBITED. IF YOU RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE NOTIFY THE SENDER BY REPLYING TO THIS MESSAGE OR BY TELEPHONE AND DESTROY. THANK YOU.


**Please think green and print this email only if necessary.**

# Stafford, Jody A.

| | |
|---|---|
| **From:** | Jason Castro, Esq <Jason@goldengatelegalcenter.com> |
| **Sent:** | Thursday, October 30, 2025 12:57 PM |
| **To:** | Stafford, Jody A.; Bergin, Kevin; Lewis, Paul |
| **Cc:** | N. Grifoni |
| **Subject:** | URGENT: Amended Motion for Temporary Injunction — Conferral Before Filing |
| **Attachments:** | Amended M for TPO Authorities.zip |

⚠ EXTERNAL MESSAGE

Jody, Kevin, and Paul,

Attached is Plaintiff's draft **Amended Motion for Temporary Injunction**, together with **complete PDFs of every cited case**. I've also **highlighted the relevant holdings** in each for ease of review. (See. Zip file attached)

Also attached are the **draft declarations of The Doc App, Inc.'s President/CEO and the company accountant**, with supporting documents. We are in the process of obtaining their signatures now; executed versions will replace the drafts upon filing.

This email serves as my conferral prior to filing. **Unless the issues identified in the motion are resolved, I will file by close of business on Friday, October 31, 2025 (4:00 p.m. ET).**

Immediate actions requested:

- **Cease the relationships identified in the motion**, effective immediately.

- Provide written confirmation that you have done so and that no further steps will be taken that contravene the relief sought.

For your own education: **you cannot "confer" on a motion that hasn't been written.** That is precisely why I've attached my draft motion here. **In the future, when you seek to confer with me on a motion, attach your draft** so the conferral is meaningful and tethered to actual text.

I'm available today and tomorrow to resolve this without court intervention. Absent resolution, I'll proceed on the timetable above. In my opinion, I don't know how clearer it can be that your client's businesses practices are illegal.

Please, feel free to explain in response if I'm mistaken in any way that so ever.

Respectfully,

Jason K. Castro, Esq.

Fla Bar.: 118604

bcc: Client

_____

## Law Office of Jason K Castro

Email: jason@GoldenGateLegalCenter.com
Service Email: CastroLaw.Service@Gmail.com

Mobile: (718)702-5540

_____

THIS ELECTRONIC MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE ADDRESSEE(S) AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU ARE NOT AN INTENDED RECIPIENT, OR THE EMPLOYEE /AGENT RESPONSIBLE FOR DELIVERING THIS E-MAIL TO THE RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS PROHIBITED. IF YOU RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE NOTIFY THE SENDER BY REPLYING TO THIS MESSAGE OR BY TELEPHONE AND DESTROY. THANK YOU.

**Please think green and print this email only if necessary.**